**Entered on Docket**
**January 11, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

1
2
3
4
5
6
7
8  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
9  Nevada Bar No. 004417
10 208 South Jones Boulevard
   Las Vegas, Nevada 89107
11 Telephone: 702 258-8200
   bk@wildelaw.com
12 Fax:  702 258-8787

13 and

14
   MARK S. BOSCO, ESQ.
15 Arizona Bar No. 010167
   TIFFANY & BOSCO, P.A.
16 2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
17 Telephone: (602) 255-6000

18
   Litton Loan Servicing LP
19 09-77527

20          **UNITED STATES BANKRUPTCY COURT**
21                  **DISTRICT OF NEVADA**
22

23 | In Re: | BK-S-09-30028-BAM |
|---|---|
24 | Stanislaw Puchala and Teresa Puchala | Date:  12/22/09 |
25 |  | Time: 1:30 pm |
26 |  Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Litton Loan Servicing LP, its assignees and/or successors in interest, of the subject property, generally described as 5556 Avent Ferry Street, Las Vegas, NV 89148.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde, Esq
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Charles T. Wright
3130 S. Rainbow Blvd.
Ste. 304
Las Vegas, NV 89146
Attorney for Debtor(s)


APPROVED / DISAPPROVED

By:_____
Lenard E Schwartzer
2850 S. Jones Blvd. #1
Las Vegas, NV 89146
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor